# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLENN AUBERRY,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 79850

**FILED**

FEB 21 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a direct appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, Appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED. [1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

We take no action in regard to the motion to withdraw as counsel filed by attorney Jeannie N. Hua on January 16, 2020. *See* NRAP 46(d)(3).

20-07154

cc: Hon. William D. Kephart, District Judge
Jeannie N. Hua
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A